

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00304-CV

**PLATINUM RECOVERY & RECYCLING, LLC**,
Appellant

v.

**A-1 SPECIALIZED SERVICES, INC.**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1428-CV
Honorable William Old, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We order that appellee recover its costs of this appeal from appellant.

SIGNED February 15, 2017.

Luz Elena D. Chapa, Justice